1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAK SUN TAN,<br><br>                    Petitioner,<br><br>        v.<br><br>UNITED STATES OF AMERICA,<br><br>                    Respondent. | Case No. 5:22-cv-1089-DSF-PD<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of United States Magistrate Judge (the "Report").  The Court accepts the Report and adopts it as its own findings and conclusions.  Accordingly, the government's motion to dismiss the Petition is granted and the Petition is dismissed for lack of jurisdiction.

IT IS SO ORDERED.

DATED:  March 17, 2023

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE