JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAK SUN TAN,<br><br>   Petitioner,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>,<br><br>   Respondent. | Case No. 5:22-cv-01089-DSF-PD<br><br>**JUDGMENT** |

  Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

  IT IS ADJUDGED that the Petition is dismissed for lack of jurisdiction.

  IT IS SO ORDERED.

DATED: March 17, 2023

                     _____
                     Honorable Dale S. Fischer
                     UNITED STATES DISTRICT JUDGE